**DENIED**
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quadrant Performance Materials, LLC,**<br>Plaintiff,<br>**v.**<br>**Katherine M. Butler, Director of the California Department of Toxic Substances Control,**<br>Defendant. | Case No. 2:26-cv-10704-SVW-PD<br>**[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br>Current hearing date: Dec. 7, 2026<br>New hearing date: Dec. 21, 2026 |

The Court has reviewed the parties' Stipulation to Continue Hearing on Plaintiff's Motion for Preliminary Injunction filed on November 10, 2026. Based on the parties' stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiff's Motion for Preliminary Injunction [ECF No. 15] shall be continued from December 7, 2026 to December 21, 2026 at 1:30 p.m.;

2. The deadline for Defendant to file her opposition to the Motion for Preliminary Injunction shall be extended from November 16, 2026 to November 30, 2026;

3. The deadline for Plaintiff to file its reply in support of the Motion for Preliminary Injunction shall be extended from November 23, 2026 to December 7, 2026;

4. Defendant shall not enforce the payments challenged in Plaintiff's Motion for Preliminary Injunction until the Court rules on the Motion; and

5. In the event the Court denies Plaintiff's Motion for Preliminary Injunction, Plaintiff will have 15 days from the date of that order to make the required payments.

DENIED

BY ORDER OF THE COURT

Dated: November 12, 2026

Honorable Stephen V. Wilson