ROB BONTA
Attorney General of California
JENNIFER KALNINS TEMPLE
Supervising Deputy Attorney General
SARAH M. PFANDER, SBN 347902
JOHN S. SASAKI, SBN 202161
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6621
Fax: (916) 731-2128
E-mail: Sarah.Pfander@doj.ca.gov
*Attorneys for Defendant Katherine M. Butler*

ANDREW R. QUINIO, Cal. Bar No. 288101
Email: AQuinio@pacificlegal.org
JOSHUA W. POLK, Cal. Bar No. 329205
JPolk@pacificlegal.org
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111

CHRISTIAN G. TOWNSEND, TX Bar. No. 24127538
CTownsend@pacificlegal.org
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
*Attorneys for Plaintiff Quadrant Performance Materials, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quadrant Performance Materials, LLC,**<br><br>Plaintiff,<br><br>**v.**<br><br>**Katherine M. Butler, Director of the California Department of Toxic Substances Control,**<br><br>Defendant. | Case No. 2:26-cv-10704-SVW-PD<br><br>**STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING [ECF NO. 15] AND SET MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Current hearing date: Dec. 7, 2026<br>New hearing date: Jan. 25, 2027<br><br>Judge: Hon. Stephen V. Wilson<br>Trial Date: Not set<br>Action Filed: Sept. 21, 2026 |

Pursuant to Local Rules 7-11 and 7-9, Plaintiff Quadrant Performance Materials, LLC and Defendant Katherine Butler, Director of the California Department of Toxic Substances Control, hereby submit this Stipulation to Continue Preliminary Injunction Hearing and Set Motion to Dismiss Briefing Schedule, and stipulate as follows:

WHEREAS, on November 9, 2026, Plaintiff Quadrant Performance Materials, LLC filed a Motion for Preliminary Injunction (PI Motion) [ECF No. 15], and set the Motion for hearing on December 7, 2026;

WHEREAS, under rule 7-9 of the Local Rules of the Central District of California, and based on a hearing date of December 7, 2026, Defendant's opposition to the Motion is currently due on November 16, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is currently December 18, 2026, and Defendant intends to file a motion to dismiss (MTD);

WHEREAS, in the interest of efficiency, the parties agree that the PI Motion and Defendant's MTD should be heard together on January 25, 2027, under a coordinated briefing schedule that accounts for the year-end holidays and the Court's schedule;

WHEREAS, Defendant agrees not to require or enforce the payments challenged in the PI Motion until the Court rules on the PI Motion;

NOW, THEREFORE, the undersigned parties hereby agree and stipulate as follows:

1. The hearing on Plaintiff's Motion for Preliminary Injunction shall be continued from December 7, 2026 to January 25, 2027 at 1:30 p.m.;

2. The deadline for Defendant to file her opposition to the PI Motion shall be extended from November 16, 2026 to December 11, 2026;

3. Defendant shall file her MTD on or before December 11, 2026, and shall notice it for hearing on January 25, 2027 at 1:30 p.m.;

4. The deadline for Plaintiff to file its reply in support of the PI Motion for shall be January 4, 2027, and Plaintiff shall file its opposition to Defendant's MTD on or before January 4, 2027;

5. Defendant shall file her reply in support of her MTD on or before January 11, 2027;

6. Defendant agrees not to enforce the payments challenged in Plaintiff's PI Motion until the Court rules on the PI Motion; and

7. In the event the Court denies Plaintiff's PI Motion, Plaintiff will have 15 days from the date of that order to make the required payments.

Dated: November 13, 2026

ROB BONTA
Attorney General of California

/s/ *Sarah M. Pfander*

SARAH M. PFANDER
Deputy Attorney General
*Attorneys for Defendant Katherine Butler*

Dated: November 13, 2026

PACIFIC LEGAL FOUNDATION

/s/ *Joshua W. Polk*

JOSHUA W. POLK
ANDREW R. QUINIO
CHRISTIAN G. TOWNSEND
*Attorneys for Plaintiff Quadrant Performance Materials, LLC*