ROB BONTA
Attorney General of California
JENNIFER KALNINS TEMPLE
Supervising Deputy Attorney General
SARAH M. PFANDER, SBN 347902
JOHN S. SASAKI, SBN 202161
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6621
Fax: (916) 731-2128
E-mail: Sarah.Pfander@doj.ca.gov
*Attorneys for Defendant Katherine M. Butler*

ANDREW R. QUINIO, Cal. Bar No. 288101
AQuinio@pacificlegal.org
JOSHUA W. POLK, Cal. Bar No. 329205
JPolk@pacificlegal.org
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111

CHRISTIAN G. TOWNSEND, TX Bar. No. 24127538
CTownsend@pacificlegal.org
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
*Attorneys for Plaintiff Quadrant Performance Materials, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Quadrant Performance Materials, LLC,**

Plaintiff,

**v.**

**Katherine M. Butler, Director of the California Department of Toxic Substances Control,**

Defendant.

Case No. 2:26-cv-10704-SVW-PD

**JOINT STIPULATION TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA**

Judge: Hon. Stephen V. Wilson
Trial Date: Not set
Action Filed: Sept. 21, 2026

Pursuant to Local Rule 7-1, Plaintiff Quadrant Performance Materials, LLC and Defendant Katherine Butler, Director of the California Department of Toxic Substances Control, jointly request that this Court grant their stipulation, brought under 28 U.S.C. § 1404(a), to transfer venue as follows:

WHEREAS, Plaintiff Quadrant Performance Materials, LLC initiated this action in the United States District Court for the Central District of California on September 21, 2026 [ECF 1];

WHEREAS, Defendant Butler maintains an official residence in Sacramento, California, where the Director's Office is headquartered, and resides in the Eastern District of California for the purpose of determining venue;

WHEREAS, the parties therefore agree that this action may have been brought in the United States District Court for the Eastern District of California;

WHEREAS, Plaintiff challenges a Notice of Final Determination issued in Sacramento, California by the Department of Toxic Substances Control, the staff and lawyers with knowledge of that decision reside in Sacramento, California, and the documents related to that decision are maintained in Sacramento, California;

WHEREAS, all parties agree that, as a result, the convenience of the parties and witnesses weigh in favor of transferring this case to the Eastern District of California; and

WHEREAS, all parties agree that the interests of justice weigh in favor of transferring this case to the Eastern District of California;

NOW, THEREFORE, the undersigned parties hereby agree and stipulate that, with the consent of the Court, the Court shall transfer venue of this action from the United States District Court for the Central District of California to the United States District Court for the Eastern District of California.

Dated: November 24, 2026

ROB BONTA
Attorney General of California

*/s/ Sarah M. Pfander*
SARAH M. PFANDER
Deputy Attorney General
*Attorneys for Defendant Katherine Butler*

Dated: November 24, 2026

PACIFIC LEGAL FOUNDATION

*/s/ Christian G. Townsend*
CHRISTIAN G. TOWNSEND
JOSHUA W. POLK
ANDREW R. QUINIO
*Attorneys for Plaintiff Quadrant Performance Materials, LLC*